# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 10-03068-01-CR-S-RED |
| | ) | |
| SHERRY J. ERNST, | ) | |
| | ) | |
| Defendant . | ) | |

## **ORDER**

The United States Magistrate Judge has filed a Report and Recommendation that the defendant be declared competent to stand trial. No objections have been filed. It is therefore

ORDERED that the defendant be declared competent to stand trial.

*/s/ Richard E. Dorr*
**RICHARD E. DORR**
**UNITED STATES DISTRICT JUDGE**

Date: April 22, 2011